**EXHIBIT "A"**

**IN THE COURT OF COMMON PLEAS**
**WARREN COUNTY, OHIO**

Date:       April 14, 2022

Case No:    **22CV095012**

WILLIAM P. CAMPBELL
6105 PARKLAND BOULEVARD
MAYFIELD HEIGHTS, OH 44124

BLAKE ANDERSEN
    Plaintiff

    VS

RUAN TRANSPORTATION MANAGEMENT SYSTEMS INC, ET. AL.
    Defendants

**NOTICE OF FAILURE OF SERVICE**

To:     WILLIAM P. CAMPBELL

(Attorney of Record or Party of Instance)

You are hereby notified of the failure of service upon:

RUAN TRANSPORTATION MANAGEMENT SYSTEMS INC
C/O OWNER
3024 BRECKSVILLE ROAD
RICHFIELD, OH 44286

By Certified Mail pursuant to Rule 4 through Rule 4.6 of Ohio Rules of Civil Procedure.

REASON FOR RETURN:
NOT DELIVERABLE AS ADDRESSED

JAMES L. SPAETH, Clerk of Courts
500 Justice Drive - P.O. Box 238
Lebanon, Ohio 45036

By:     Deputy Clerk

**JAMES L. SPAETH**
CLERK OF COURTS, WARREN COUNTY
P.O. BOX 238, LEBANON, OHIO    45036

7019 1120 0001 5149 9116

RETURN RECEIPT REQUESTED



22CV095012
RUAN TRANSPORTATION MANAGEMENT SYSTEMS
INC.
C/O OWNER
3024 BRECKSVILLE ROAD
RICHFIELD, OH 44286                                    3/24/22

NIXIE        482  DE 1                    0004/09/22
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 4503602383B        0080N099064-06523

**CONTENTS REMOVED**

JS  4/14/22





US POSTAGE
ZIP 45036
02 4W
0000365678

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- ☐ Complete items 1, 2, and 3.
- ☐ Print your name and address on the reverse so that we can return the card to you.
- ☐ Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**

X _Willie Burns_   ☐ Agent   ☐ Addressee

**B. Received by** *(Printed Name)*    **C. Date of Delivery**

**1. Article Addressed to:**

**D. Is delivery address different from item 1?** ☐ Yes
    ❜r delivery address below: ☐ No

3/24/22

```
22CV095012
WILLIE BURNS JR
4012 91ST AVENUE
SPRINGDALE, MD 20774
```



9590 9402 6920 1104 0438 13

**3. Service Type**
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ ...ail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Article Number *(Transfer from service label)*

7019 1120 0001 5149 9132

PS Form **3811**, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt



**SENDER: COMPLETE THIS SECTION**

- ☑ Complete items 1, 2, and 3.
- ☑ Print your name and address on the reverse so that we can return the card to you.
- ☑ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

22CV095012                    3/24/22
RUAN TRANSPORTATION MANAGEMENT SYSTEMS
INC
C/O OWNER  3200 RUAN CENTER
666  GRAND AVENUE
DES MOINES, IA 50309

9590 9402 6920 1104 0437 83

2. Article Number (Transfer from service label)

7019 1120 0001 5149 9101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Scott (carrier)
   Simt  (covid-19)
☑ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
S. Stone                          3-28-22

D. Is delivery address different from item 1?  ☐ Yes
   Enter delivery address below:  ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery
   ...0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt

```
22CV095012                                          3/24/22
WILLIE BURNS JR
4012 91ST AVENUE
SPRINGDALE, MD 20774
```

22CV095012                                      3/24/22
WILLIE BURNS JR
4012 91ST AVENUE
SPRINGDALE, MD 20774

Case: 1:22-cv-00121-DRC Doc #: 1-1 Filed: 04/25/22 Page: 8 of 34 PAGEID #: 13

22CV095012

3/24/22

WILLIE BURNS JR
4012 91ST AVENUE
SPRINGDALE, MD 20774

22CV095012                                          3/24/22
RUAN TRANSPORTATION INC
C/O OWNER    3200 RUAN CENTER
666 GRAND AVENUE
DES MOINES, IA 50309

Case: 1:22-cv-00221-DRC Doc #: 1-1 Filed: 04/25/22 Page: 10 of 34 PAGEID #: 15

```
22CV095012                                    3/24/22
RUAN TRANSPORTATION INC
C/O OWNER    3200 RUAN CENTER
666 GRAND AVENUE
DES MOINES, IA 50309
```

```
22CV095012                                    3/24/22
RUAN TRANSPORTATION INC
C/O OWNER    3200 RUAN CENTER
666 GRAND AVENUE
DES MOINES, IA 50309
```

22CV095012          3/24/22

RUAN TRANSPORTATION MANAGEMENT SYSTEMS
INC

C/O OWNER   3200 RUAN CENTER

666   GRAND AVENUE

DES MOINES, IA 50309

Case: 1:21-cv-00221-DRC Doc #: 1-1 Filed: 04/25/22 Page: 13 of 34 PAGEID #: 18

```
22CV095012                                    3/24/22
RUAN TRANSPORTATION MANAGEMENT SYSTEMS
INC
C/O OWNER  3200 RUAN CENTER
666  GRAND AVENUE
DES MOINES, IA 50309
```

Case: 1:22-cv-00221-DRC Doc #: 1-1 Filed: 04/25/22 Page: 14 of 34 PAGEID #: 19

22CV095012                                                3/24/22
RUAN TRANSPORTATION MANAGEMENT SYSTEMS
INC
C/O OWNER  3200 RUAN CENTER
666  GRAND AVENUE
DES MOINES, IA 50309

22CV095012                                          3/24/22
RUAN TRANSPORTATION MANAGEMENT SYSTEMS
INC
C/O OWNER
3024 BRECKSVILLE ROAD
RICHFIELD, OH 44286

Case: 1:22-cv-00221-DRC Doc #: 1-1 Filed: 04/25/22 Page: 16 of 34 PAGEID #: 21

```
22CV095012                                    3/24/22
RUAN TRANSPORTATION MANAGEMENT SYSTEMS
INC
C/O OWNER
3024 BRECKSVILLE ROAD
RICHFIELD, OH 44286
```

22CV095012                                          3/24/22
RUAN TRANSPORTATION MANAGEMENT SYSTEMS
INC
C/O OWNER
3024 BRECKSVILLE ROAD
RICHFIELD, OH 44286

Case: 1:22-cv-00221-DRC Doc #: 1-1 Filed: 04/25/22 Page: 18 of 34 PAGEID #: 23

22CV095012                                    3/24/22
RUAN TRANSPORTATION MANAGEMENT SYSTEMS
INC
C/O OWNER
1905 CLARKSON WAY
LANDOVER, MD 20785-3221

```
22CV095012                                    3/24/22
RUAN TRANSPORTATION MANAGEMENT SYSTEMS
INC
C/O OWNER
1905 CLARKSON WAY
LANDOVER, MD 20785-3221
```

Case: 1:22-cv-00221-DRC Doc #: 1-1 Filed: 04/15/22 Page: 20 of 34 PAGEID #: 25

```
22CV095012                                    3/24/22
RUAN TRANSPORTATION MANAGEMENT SYSTEMS
INC
C/O OWNER
1905 CLARKSON WAY
LANDOVER, MD 20785-3221
```

## SENDER: COMPLETE THIS SECTION

- ☐ Complete items 1, 2, and 3.
- ☐ Print your name and address on the reverse so that we can return the card to you.
- ☐ Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

22CV095012
WILLIE BURNS JR
4012 91ST AVENUE
SPRINGDALE, MD 20774

9590 9402 6920 1104 0438 13

**2. Article Number (Transfer from service label)**

7019 1120 0001 5149 9132

PS Form 3811, July 2020 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**

X _____  ☐ Agent  ☐ Addressee

**B. Received by (Printed Name)**   **C. Date of Delivery**

3/24/22

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

**Domestic Return Receipt**

4/4/22, 12:50 PM

Document

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

22CV095012
RUAN TRANSPORTATION MANAGEMENT SYSTEMS
INC
C/O OWNER  3200 RUAN CENTER
666  GRAND AVENUE
DES MOINES, IA 50309

9590 9402 6920 1104 0437 83

**2. Article Number** *(Transfer from service label)*

7019 1120 0001 5149 9101

PS Form 3811, July 2020 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**

X _Scott (carrier) Shain (w.o-4)_

☑ Agent
☐ Addressee

**B. Received by** *(Printed Name)*

S. Shane

**C. Date of Delivery**

A 3-28-22

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☑ No

3/24/22

**3. Service Type**
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...Mail
☐ ...Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

clerkofcourt.co.warren.oh.us/BenchmarkCP/Scripts/mozilla-pdf.js/1.7.225/web/viewer.html

1/1

# SUMMONS

## WARREN COUNTY COURT OF COMMON PLEAS
### 500 JUSTICE DRIVE - P.O. BOX 238
### LEBANON, OHIO 45036

**CASE # 22CV095012**

BLAKE ANDERSEN

VS

RUAN TRANSPORTATION MANAGEMENT SYSTEMS INC, ET. AL.

**TO THE FOLLOWING NAMED PARTY:**

WILLIE BURNS JR
4012 91ST AVENUE
SPRINGDALE, MD 20774

You have been named in a complaint filed in this court by the following party:

BLAKE ANDERSEN

**You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff if he has no attorney of record, a copy of your answer to this complaint within twenty-eight (28) days after service of this summons upon you, excluding the date of service. Your answer must also be filed with our court within three days after the service of a copy of the answer on the plaintiff's attorney.**

Failure to appear and present a defense to this complaint will result in a judgment by default being rendered against you for the relief demanded in the complaint.

The address of his/her attorney is:

WILLIAM P. CAMPBELL, ATTORNEY AT LAW
6105 PARKLAND BOULEVARD
MAYFIELD HEIGHTS, OH 44124

James L. Spaeth, Clerk of Courts
500 Justice Drive - P.O. Box 238
Lebanon, Ohio 45036

By: _____

ELIZABETH LEISZ, DEPUTY CLERK
March 24, 2022

IF THE ABOVE NAMED DEFENDANT IS A CORPORATION PLEASE REFER TO OHIO REVISED
CODE 4705.01.

# SUMMONS
## WARREN COUNTY COURT OF COMMON PLEAS
### 500 JUSTICE DRIVE - P.O. BOX 238
### LEBANON, OHIO 45036

**CASE # 22CV095012**

BLAKE ANDERSEN

VS

RUAN TRANSPORTATION MANAGEMENT SYSTEMS INC, ET. AL.

**TO THE FOLLOWING NAMED PARTY:**

RUAN TRANSPORTATION MANAGEMENT SYSTEMS INC
C/O OWNER  3200 RUAN CENTER
666  GRAND AVENUE
DES MOINES, IA 50309

You have been named in a complaint filed in this court by the following party:

BLAKE ANDERSEN

**You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff if he has no attorney of record, a copy of your answer to this complaint within twenty-eight (28) days after service of this summons upon you, excluding the date of service. Your answer must also be filed with our court within three days after the service of a copy of the answer on the plaintiff's attorney.**

Failure to appear and present a defense to this complaint will result in a judgment by default being rendered against you for the relief demanded in the complaint.

The address of his/her attorney is:

WILLIAM P. CAMPBELL, ATTORNEY AT LAW
6105 PARKLAND BOULEVARD
MAYFIELD HEIGHTS, OH 44124

James L. Spaeth, Clerk of Courts
500 Justice Drive - P.O. Box 238
Lebanon, Ohio 45036

By: _____

ELIZABETH LEISZ, DEPUTY CLERK
March 24, 2022

IF THE ABOVE NAMED DEFENDANT IS A CORPORATION PLEASE REFER TO OHIO REVISED
CODE 4705.01.

# SUMMONS
## WARREN COUNTY COURT OF COMMON PLEAS
### 500 JUSTICE DRIVE - P.O. BOX 238
### LEBANON, OHIO 45036

**CASE # 22CV095012**

BLAKE ANDERSEN

VS

RUAN TRANSPORTATION MANAGEMENT SYSTEMS INC, ET. AL.

**TO THE FOLLOWING NAMED PARTY:**

RUAN TRANSPORTATION MANAGEMENT SYSTEMS INC
C/O OWNER
1905 CLARKSON WAY
LANDOVER, MD 20785-3221

You have been named in a complaint filed in this court by the following party :

BLAKE ANDERSEN

**You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff if he has no attorney of record, a copy of your answer to this complaint within twenty-eight (28) days after service of this summons upon you, excluding the date of service. Your answer must also be filed with our court within three days after the service of a copy of the answer on the plaintiff's attorney.**

Failure to appear and present a defense to this complaint will result in a judgment by default being rendered against you for the relief demanded in the complaint.

The address of his/her attorney is:

WILLIAM P. CAMPBELL, ATTORNEY AT LAW
6105 PARKLAND BOULEVARD
MAYFIELD HEIGHTS, OH 44124

James L. Spaeth, Clerk of Courts
500 Justice Drive - P.O. Box 238
Lebanon, Ohio 45036

By: _____

ELIZABETH LEISZ, DEPUTY CLERK
March 24, 2022

IF THE ABOVE NAMED DEFENDANT IS A CORPORATION PLEASE REFER TO OHIO REVISED
CODE 4705.01.

# SUMMONS
## WARREN COUNTY COURT OF COMMON PLEAS
### 500 JUSTICE DRIVE - P.O. BOX 238
### LEBANON, OHIO 45036

**CASE # 22CV095012**

BLAKE ANDERSEN

VS

RUAN TRANSPORTATION MANAGEMENT SYSTEMS INC, ET. AL.

**TO THE FOLLOWING NAMED PARTY:**

RUAN TRANSPORTATION MANAGEMENT SYSTEMS INC
C/O OWNER
3024 BRECKSVILLE ROAD
RICHFIELD, OH 44286

You have been named in a complaint filed in this court by the following party :

BLAKE ANDERSEN

**You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff if he has no attorney of record, a copy of your answer to this complaint within twenty-eight (28) days after service of this summons upon you, excluding the date of service. Your answer must also be filed with our court within three days after the service of a copy of the answer on the plaintiff's attorney.**

Failure to appear and present a defense to this complaint will result in a judgment by default being rendered against you for the relief demanded in the complaint.

The address of his/her attorney is:

WILLIAM P. CAMPBELL, ATTORNEY AT LAW
6105 PARKLAND BOULEVARD
MAYFIELD HEIGHTS, OH 44124

James L. Spaeth, Clerk of Courts
500 Justice Drive - P.O. Box 238
Lebanon, Ohio 45036

By: _____

ELIZABETH LEISZ, DEPUTY CLERK
March 24, 2022

IF THE ABOVE NAMED DEFENDANT IS A CORPORATION PLEASE REFER TO OHIO REVISED
CODE 4705.01.

# SUMMONS

## WARREN COUNTY COURT OF COMMON PLEAS
### 500 JUSTICE DRIVE - P.O. BOX 238
### LEBANON, OHIO 45036

**CASE # 22CV095012**

BLAKE ANDERSEN

VS

RUAN TRANSPORTATION MANAGEMENT SYSTEMS INC, ET. AL.

### TO THE FOLLOWING NAMED PARTY:

RUAN TRANSPORTATION MANAGEMENT SYSTEMS INC
C/O OWNER  3200 RUAN CENTER
666  GRAND AVENUE
DES MOINES, IA 50309

You have been named in a complaint filed in this court by the following party :

BLAKE ANDERSEN

**You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff if he has no attorney of record, a copy of your answer to this complaint within twenty-eight (28) days after service of this summons upon you, excluding the date of service. Your answer must also be filed with our court within three days after the service of a copy of the answer on the plaintiff's attorney.**

Failure to appear and present a defense to this complaint will result in a judgment by default being rendered against you for the relief demanded in the complaint.

The address of his/her attorney is:

WILLIAM P. CAMPBELL, ATTORNEY AT LAW
6105 PARKLAND BOULEVARD
MAYFIELD HEIGHTS, OH 44124

James L. Spaeth, Clerk of Courts
500 Justice Drive - P.O. Box 238
Lebanon, Ohio 45036

By:

ELIZABETH LEISZ, DEPUTY CLERK
March 24, 2022

IF THE ABOVE NAMED DEFENDANT IS A CORPORATION PLEASE REFER TO OHIO REVISED
CODE 4705.01.

# SUMMONS
## WARREN COUNTY COURT OF COMMON PLEAS
### 500 JUSTICE DRIVE - P.O. BOX 238
### LEBANON, OHIO 45036

**CASE # 22CV095012**

BLAKE ANDERSEN

    VS

RUAN TRANSPORTATION MANAGEMENT SYSTEMS INC, ET. AL.

**TO THE FOLLOWING NAMED PARTY:**

    RUAN TRANSPORTATION MANAGEMENT SYSTEMS INC
    C/O OWNER 3200 RUAN CENTER
    666 GRAND AVENUE
    DES MOINES, IA 50309

You have been named in a complaint filed in this court by the following party:

    BLAKE ANDERSEN

**You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff if he has no attorney of record, a copy of your answer to this complaint within twenty-eight (28) days after service of this summons upon you, excluding the date of service. Your answer must also be filed with our court within three days after the service of a copy of the answer on the plaintiff's attorney.**

Failure to appear and present a defense to this complaint will result in a judgment by default being rendered against you for the relief demanded in the complaint.

The address of his/her attorney is:

    WILLIAM P. CAMPBELL, ATTORNEY AT LAW
    6105 PARKLAND BOULEVARD
    MAYFIELD HEIGHTS, OH 44124

        James L. Spaeth, Clerk of Courts
        500 Justice Drive - P.O. Box 238
        Lebanon, Ohio 45036

        By: _____
        ELIZABETH LEISZ, DEPUTY CLERK
        March 24, 2022

IF THE ABOVE NAMED DEFENDANT IS A CORPORATION PLEASE REFER TO OHIO REVISED CODE 4705.01.

COMMON PLEAS COURT
WARREN COUNTY, OHIO
FILED

2022 MAR 24  AM 10: 10

JAMES L. SPAETH
CLERK OF COURTS

IN THE COURT OF COMMON PLEAS
WARREN COUNTY, OHIO

| | |
|---|---|
| BLAKE ANDERSEN<br>5620 Maple Street<br>Kings Mills, OH 45034<br><br>        Plaintiff<br><br>vs.<br><br>RUAN TRANSPORTATION MANAGEMENT<br>SYSTEMS, INC.<br>c/o Owner<br>3200 Ruan Center<br>666 Grand Avenue<br>Des Moines, IA 50309<br><br>and<br><br>RUAN TRANSPORTATION MANAGEMENT<br>SYSTEMS, INC.<br>c/o Owner<br>3024 Brecksville Road<br>Richfield, OH 44286<br><br>and<br><br>RUAN TRANSPORTATION MANAGEMENT<br>SYSTEMS, INC.<br>c/o Owner<br>1905 Clarkson Way<br>Landover, MD 20785-3221<br><br>and | CASE NO.: 22CV95012<br><br>JUDGE:   **JUDGE TEPE**<br><br><u>COMPLAINT</u><br><br>(Jury Demand Endorsed Hereon) |

RUAN TRANSPORTATION, INC. )
c/o Owner )
3200 Ruan Center )
666 Grand Avenue )
Des Moines, IA 50309 )
 )
and )
 )
WILLIE BURNS, JR. )
4012 91st Avenue )
Springdale, MD 20774 )
 )
and )
 )
JOHN DOE 1-10 )
(Names and addresses unknown.) )
(Defendants JOHN DOE 1-10 are intended )
to be any and all individuals and/or entities )
who are liable to the Plaintiff for the )
injuries and damages caused by the subject )
collision, including, but not limited to, any )
and all uninsured motorist insurance )
carriers and/or any individual and/or entity )
whose negligence and/or recklessness )
directly and proximately caused the subject )
collision. Despite a good faith effort being )
made by the Plaintiff and his attorneys, the )
names and addresses of Defendants JOHN )
DOE 1-10 could not be ascertained prior )
to the filing of Plaintiff's Complaint.) )
 )
   Defendants. )

   Now comes Plaintiff BLAKE ANDERSEN, by and through his attorney, William P. Campbell

of the law firm of Elk and Elk Co., Ltd., and for his complaint, states as follows:

<u>COUNT I</u>

   1.  On or about April 5, 2020, on a public roadway called Mason Montgomery Road,

in Deerfield Township, Ohio, in Warren County, Defendant WILLIE BURNS, JR. negligently

2

and/or recklessly operated a motor vehicle into collision with the bicycle being operated by Plaintiff BLAKE ANDERSEN and permanently injuring Plaintiff BLAKE ANDERSEN.

2.      Defendants JOHN DOE 1-10 (names and addresses unknown) are intended to be any and all individuals and/or entities who are liable to the Plaintiff for the injuries and damages caused by the subject collision, including, but not limited to, any and all uninsured motorist insurance carriers and/or any individual and/or entity whose negligence and/or recklessness directly and proximately caused the subject collision. Despite a good faith effort being made by the Plaintiff and his attorneys, the names and addresses of Defendants JOHN DOE 1-10 could not be ascertained prior to the filing of Plaintiff's Complaint.

3.      At all times herein, Defendant WILLIE BURNS, JR. was operating said vehicle within the course and scope of his employment with Defendant RUAN TRANSPORTATION MANAGEMENT SYSTEMS, INC. and/or Defendant RUAN TRANSPORTATION, INC.

4.      Furthermore, Defendant RUAN TRANSPORTATION MANAGEMENT SYSTEMS, INC. and/or Defendant RUAN TRANSPORTATION, INC. is vicariously liable for the negligence and/or recklessness of its employee and/or agent and/or representative Defendant WILLIE BURNS, JR.

5.      Furthermore, Defendant RUAN TRANSPORTATION MANAGEMENT SYSTEMS, INC. and/or Defendant RUAN TRANSPORTATION, INC. is liable for the conduct of Defendant WILLIE BURNS, JR., as described herein, based on the Doctrine of Respondeat Superior.

6.      Furthermore, Defendant RUAN TRANSPORTATION MANAGEMENT SYSTEMS, INC. and/or Defendant RUAN TRANSPORTATION, INC. is liable for the negligence and/or recklessness of Defendant WILLIE BURNS, JR. based on Defendant WILLIE BURNS, JR. being a

3

representative and/or agent and/or employee and/or driver of Defendant RUAN

TRANSPORTATION MANAGEMENT SYSTEMS, INC.

7.      The negligence and/or recklessness of all of the Defendants has

combined to cause Plaintiff BLAKE ANDERSEN indivisible harm.

8.      As a direct and proximate result of the negligence and/or recklessness of the

Defendants, jointly and/or severally and/or concurrently, Plaintiff BLAKE ANDERSEN suffered

serious and permanent injuries which caused pain, physical and mental suffering, disability and

permanent damage.

9.      As a direct and proximate result of the negligence and/or recklessness of the

Defendants, jointly and/or severally and/or concurrently, Plaintiff BLAKE ANDERSEN needed

medical care and treatment and will, in all likelihood, need additional medical care and

treatment in the indefinite future.

10.     As a direct and proximate result of the negligence and/or recklessness of the

Defendant, jointly and/or severally and/or concurrently, Plaintiff BLAKE ANDERSEN has incurred

medical and hospital expenses and will, in all likelihood, incur further such expenses in the

indefinite future.

11.     As a direct and proximate result of the negligence and/or recklessness of the

Defendants, jointly and/or severally and/or concurrently, Plaintiff BLAKE ANDERSEN has lost

time and earnings from his employment and will, in all likelihood, lose further time and

earnings in the indefinite future. Plaintiff BLAKE ANDERSEN's future earning capacity has been

permanently impaired.

**THEREFORE:** Plaintiff BLAKE ANDERSEN demands damages against Defendant RUAN TRANSPORTATION MANAGEMENT SYSTEMS, INC. and/or Defendant RUAN TRANSPORTATION, INC. and/or Defendant WILLIE BURNS, JR. and/or Defendants JOHN DOE 1-10 (names and addresses unknown), jointly and/or severally and/or concurrently, in an amount, in excess of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00), which will fully, fairly and justly compensate Plaintiff BLAKE ANDERSEN for his injuries, damages and costs.

**WHEREFORE:** Plaintiff BLAKE ANDERSEN demands damages against the Defendants as follows:

On Count I of Plaintiff's Complaint, for a judgment against Defendant RUAN TRANSPORTATION MANAGEMENT SYSTEMS, INC. and/or Defendant RUAN TRANSPORTATION, INC. and/or Defendant WILLIE BURNS, JR. and/or Defendants JOHN DOE 1-10 (names and addresses unknown), jointly and/or severally and/or concurrently, and in favor of Plaintiff BLAKE ANDERSEN, in an amount, in excess of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00), which will fully, fairly and justly compensate Plaintiff BLAKE ANDERSEN for his injuries, damages and costs;

Interest at the rate of 10% per annum; and

The costs of the within action; and

Any other further relief to which this Court determines Plaintiff is entitled at law or in equity.

## JURY DEMAND

Pursuant to Rule 38(B) of the Ohio Rules of Civil Procedure, Plaintiff hereby demands

trial by the maximum number of jurors allowed by law.

Respectfully Submitted,
ELK AND ELK CO., LTD.

By:

William P. Campbell (0062099)
6105 Parkland Boulevard, Suite 200
Mayfield Heights, Ohio 44124
Tel      (440) 442-6677
Fax     (440) 442-7944
Bcampbell@elkandelk.com

Attorney for Plaintiff

6